IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD GEORGE                                                                                      PETITIONER

vs.                                           Case No. 4:10-cv-4122

RAY HOBBS                                                                                          RESPONDENT

## JUDGMENT

Before the Court is the Report and Recommendation filed January 13, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14). Judge Bryant recommends that the instant Petition for Writ of *Habeas Corpus,* filed pursuant to 28 U.S.C. § 2254, be denied and dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The Petition is **DENIED** and dismissed **WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of February, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge